

# THE THIRTEENTH COURT OF APPEALS

13-15-00144-CV

Kerry Hinkle, a/k/a Kerry L. Hinkle and Gail Hinkle, a/k/a Gail C. Hinkle
v.
Flagstar Bank, F.S.B.

On Appeal from the
45th District Court of Bexar County, Texas
Trial Cause No. 2014CI09658

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

June 11, 2015